UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00515-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AARON FLABIO ESTRADA,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, January 14, 2008,** and responses to these motions shall be filed by **Monday, January 28, 2008.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, February 5, 2008, at 11:00 a.m. in courtroom A-1002** It is

FURTHER ORDERED that a 4-day jury trial is set for **Tuesday, February 19, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated this 7th day of January, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge