UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00515-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AARON FLABIO ESTRADA,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, April 4, 2008, at 11:00 a.m. in courtroom A-1002**. It is

FURTHER ORDERED that a 4-day jury trial is set for **Monday, April 14, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: February 1, 2008

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge